**2004–2067. Quickle v. Progressive Cas. Co.**

Cuyahoga App. No. 82818, 2004-Ohio-4496.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2004–2074. State v. Sanders.**

Lake App. No. 2003–L–144, 2004-Ohio-5937. Discretionary appeal accepted on Proposition of Law II; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004-1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2004–2082. Buckman–Peirson v. Brannon.**

Montgomery App. No. 20320, 2004-Ohio-6074.

MOYER, C.J., LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2004–2121. State v. Keith.**

Cuyahoga App. No. 83686, 2004-Ohio-5600. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004-1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK, PFEIFER and O'CONNOR, JJ., dissent.